KATHRYN MISSALL et al., Respondents, *v.* JOSEPH A. PALMA, as President of the Borough of Richmond, et al., Appellants.

ALICE B. ELLIOTT, Respondent, *v.* JOSEPH A. PALMA, as President of the Borough of Richmond, et al., Appellants.

Argued January 19, 1944; decided March 2, 1944.

*Ignatius M. Wilkinson,* Corporation Counsel (*Paxton Blair* and *James Hall Prothero* of counsel), for appellants.

*Joseph B. Handy* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.